```
EDWIN PRATHER, SBN 190536
PRATHER LAW OFFICES
245 Fifth Street, Suite 103
San Francisco, CA 94103
Telephone: 415.881.7774
Email: edwin@pratherlawoffices.com

Attorneys for Defendant
CHRISTOPHER SHAW
```

FILED

Oct 19 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>CHRISTOPHER SHAW,<br><br>   Defendant. | Case No.: CR 13-0398 YGR<br><br>**STIPULATION AND ORDER RE OCTOBER 22, 2020 IDENTIFICATION OF COUNSEL** |

This parties appeared before the Court on October 14, 2020, and undersigned defense counsel was appointed by the Court to represent Defendant Christopher Shaw.  At that time, the Court also set a date of October 22, 2020, to allow Mr. Shaw time to decide whether he would retain private counsel.  As Mr. Shaw is satisfied with current appointed counsel, Mr. Shaw requests, and the parties jointly stipulate, that the October 22, 2020 court date may go off calendar.

The parties are scheduled to appear before the Honorable Yvonne Gonzalez Rogers on October 28, 2020, and that date may be confirmed.

IT IS SO ORDERED.

Dated: October 19, 2020

_____
HON. NATHANAEL COUSINS
U.S. MAGISTRATE JUDGE

*GRANTED — Judge Nathanael M. Cousins*

Agreed to form:

DAVID L. ANDERSON
United States Attorney

_____/s/_____
JONATHAN U. LEE
Assistant United States Attorney

_____/s/_____
EDWIN K. PRATHER
Attorney for Defendant
CHRISTOPHER SHAW