STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JONATHAN U. LEE (CABN 148792)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Jonathan.Lee@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 13-398 YGR |
| Plaintiff, | |
| v. | **STIPULATION** |
| CHRISTOPHER SHAW, | |
| Defendant. | |

STIPULATION AND PROPOSED ORDER
CR 13-398 YGR

|   |   |   |
|---|---|---|
| 1 | The parties through counsel of record stipulate as follows: | |
| 2 | 1. At the evidentiary hearing, the United States offered Exhibit 31, an audio recording of a | |
| 3 | telephone conversation, into evidence. | |
| 4 | 2. The attached is an accurate transcript of Exhibit 31. | |

The parties through counsel of record stipulate as follows:

1. At the evidentiary hearing, the United States offered Exhibit 31, an audio recording of a telephone conversation, into evidence.

2. The attached is an accurate transcript of Exhibit 31.

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

Dated: September 29, 2021

/s/
David Cohen
Alexander Guilmartin
Attorney for CHRISTOPHER SHAW

Dated: September 29, 2021

/s/
Jonathan U. Lee
Assistant United States Attorney
Attorney for the UNITED STATES OF AMERICA



IT IS SO ORDERED

Judge Yvonne Gonzalez Rogers

10/1/2021

STIPULATION AND PROPOSED ORDER
CR 13-398 YGR                                            1

# TRANSCRIPT OF EXHIBIT 31

This transcript was exported on Aug 31, 2021 - view latest version here.

Automated Voice:

For English, press one. [Spanish 00:00:04] For English, press one. [Spanish 00:00:15] For a collect call, press zero. For a debit call, press one. For commissary, press four. For a collect call, press zero. For a debit call, please enter your pin number now. Please enter your pin number now. Your current balance is $30.91. Please enter the area code and phone number you are calling now. Please enter the area code and phone number you are calling now. Please hold.

Automated Voice:

This telephone call may be monitored or recorded. The use of special calling features is not permitted during this call. To consent to the monitoring or recording of this call, please press one after the tone. Please wait while your call is being connected. This call will cost you no more than 23 cents for the first minute and 23 cents for each additional minute plus applicable fees and the maximum call duration is 60 minutes. Please wait while you call is being processed. It may take several minutes to connect. Please inform your friends and family, they can now leave you voice messages. They will need to know your nine digit phone ID.

Automated Voice:

Please hold. Hello, this is a prepaid debit call from-

Chris:

This is Chris.

Automated Voice:

This telephone call may be monitored or recorded. The use of special calling features is not permitted during this call. To consent to the monitoring or recording of this call please press one after the tone.

Chris:

Hello.

Automated Voice:

Thank you for using GTL.

Speaker 3:

What's up?

Chris:

I had to wait on the phone.

Speaker 3:

Oh really?

Chris:

Go ahead.

This transcript was exported on Aug 31, 2021 - view latest version here.

Speaker 3:
All right. Hello.

Chris:
Hello. What's up little girl?

Speaker 4:
Hey.

Chris:
What's happening baby?

Speaker 4:
Nothing, I am just sitting in fucking jail, you know that though.

Chris:
I know, I heard. What they talking about?

Speaker 4:
They said I got a warrant out for my arrest for a witness in some type of case, most likely your case.

Speaker 3:
Hey, I am going to set the phone down for a minute all right?

Chris:
All right. So they talking about you got a warrant?

Speaker 4:
Yeah, for a witness in your case, they are trying to make me testify against you, that's what they said. That's fucked up. And my mama told me that I am going to be here for 14 days for quarantine, then Cali is going to come get me and then after I am done with Cali, they are going to fly me back to wherever I want to go. They think I am going to testify and I am not so, whatever you want to say to me.

Chris:
I am going to tell you, look, I can't tell you-

Speaker 4:
Tell me what I need to do.

Chris:
Listen, listen, I can't tell you because these calls is recorded but I can tell you what you can do. You got the right to not say nothing. All you got to do is say, "I plead the fifth."

Converted Jail Call (Completed  08/31/21)
Transcript by Rev.com

Page 2 of 6

USA-00349

This transcript was exported on Aug 31, 2021 - view latest version here.

Speaker 4:

Yeah, that's what I said, that's what I just told Reedy.

Chris:

Yeah, you got the right to say, "I plead the fifth." All you got to do is tell them is that you was upset and you lied. If they ask any other questions, if you don't want to answer it, you got the right to say, "I plead the fifth."

Speaker 4:

And they can't do nothing to me, I can't get no time or nothing?

Chris:

Nothing. They can't do shit to you, baby girl, nothing at all, my nigga. I promise you that, nothing. Don't let them tell you because they will try to lie to you because all they want to do is keep me in jail, you know what I am saying?

Speaker 4:

Yeah.

Chris:

I promise you, they can't do shit to you, boo.

Speaker 4:

I hate that I did this to you.

Chris:

It's all good, you know what I am saying? It's all good. Now, the good thing about this though-

Automated Voice:

You have one minute left.

Chris:

Once you come in to court, the good thing with this is, once you come to court and let them know you lied, and you was just mad, they got to drop the case and let me go.

Speaker 4:

I am pretty sure they are going to give me time but-

Chris:

No, I promise you, my nigga, listen to me, I promise you they won't give you no time, girl, I promise you that. It's my word, my nigga, you know I don't lie to you, they can't. The warrant is for a subpoena, that's it. Just so you can come testify in court, that's all it is. You hear me?

This transcript was exported on Aug 31, 2021 - view latest version here.

Speaker 4:
I only got a minute though.

Chris:
I know. Did you call Reedy collect?

Speaker 4:
Yeah, I just called.

Chris:
Or you called your mom?

Automated Voice:
Thank you for using Securus, goodbye.

Speaker 3:
Yo.

Chris:
Yeah.

Speaker 3:
Yeah. Hello?

Chris:
Yeah.

Speaker 3:
What's up? That was a quick call.

Chris:
Man, I see. How long she been on the phone for, she been on the phone for a minute?

Speaker 3:
Like 10 minutes, probably like 10 minutes.

Chris:
That's crazy, I was trying to wait and give mom a minute, I should have called then, I been sitting here waiting to call you. I was just trying to give it a minute after seven, or after nine you all's time.

Speaker 3:
Yeah, she had called mom and then they called me three way, you feel me?

This transcript was exported on Aug 31, 2021 - view latest version here.

Chris:
Okay.

Speaker 3:
On three way because I got transferred over [inaudible 00:07:51].

Chris:
Fuck.

Speaker 3:
Yeah.

Chris:
I got too much to deal with.

Speaker 3:
Everybody wants you to help them and you are in jail.

Chris:
Fuck, you heard how she just sounded? Nigga, when they in jail.

Speaker 3:
[inaudible 00:08:11].

Chris:
Yeah, everybody is worried when they in jail. You hear that?

Speaker 3:
Yeah.

Chris:
Yeah, everybody want me when they in jail. Fuck, fuck, fuck, fuck, fuck, fuck.

Speaker 3:
Yeah.

Chris:
There we go.

Speaker 3:
[inaudible 00:09:06].

Chris:

This transcript was exported on Aug 31, 2021 - view latest version here.

Shit, now I know why she in jail. Nigga, I am sitting here, I got to write this conversation down, what time is it? It's 7:20, so about 7:18 PM.

Speaker 3:
Everybody is getting all [inaudible 00:09:27] nobody getting out [inaudible 00:09:27].

Chris:
I am going to try to see if I can, hello?

Speaker 3:
Yeah.

Chris:
I am going to try to see if I can get this nigga to listen, he ain't answering the phone, but try to see if I can get some little change to you so you can put some money on the phone for the bitch. But, yeah, well. I am going to call my lawyer and see what's up. Shit, I ain't doing nothing, that's about it. What is she doing? It's going to work out either way now.

Speaker 3:
Yeah, what the fuck is she talking about. You got to get out.

Automated Voice:
Thank you for using GTL.